# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. No. 07-20123-Ml |
| ) | |
| GREGORY BRADFORD, #06140436 ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Stephanie Z. Johnson applies to the Court for a Writ to have Gregory Bradford, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, Tennessee, appear before the Honorable James H. Allen on May 17, 2007, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this <u>14</u> day of <u>May</u>, 2007.

/s/ Stephanie Z. Johnson
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF, SHELBY COUNTY JAIL

**YOU ARE HEREBY COMMANDED** to have Gregory Bradford appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this <u>14th</u> day of May, 2007.

s/Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**